BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

KAREN L. LOEFFLER
United States Attorney
District of Alaska

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

STUART J. ROBINSON
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Phone: (202) 514-9239; Fax: (202) 616-8460
Email: stuart.j.robinson@usdoj.gov

RICHARD POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., #9
Anchorage, AK 99513
Phone: (907) 271-5071

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP, | Case No. 3:14-cv-00199-HRH |
| Plaintiff, | |
| v. | **NOTICE** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

# NOTICE

Defendant the United States Environmental Protection Agency ("EPA") hereby provides notice that EPA has released to plaintiff documents or portions of documents in accordance with the Court's Order, Dkt. No. 83. Having complied with the Court's Order, EPA respectfully requests that the Court enter a final judgment in this case.

Dated: June 22, 2016

KAREN L. LOEFFLER
United States Attorney
District of Alaska

RICHARD POMEROY
Assistant United States Attorney
District of Alaska

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

/s/Stuart J. Robinson
STUART J. ROBINSON
California Bar No. 267183
ROBIN F. THURSTON
Illinois Bar No. 6293950
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Phone: (202) 514-9239 (Robinson)
Phone: (202) 616-8188 (Thurston)
Fax: (202) 616-8460
Email: stuart.j.robinson@usdoj.gov
Email: robin.f.thurston@usdoj.gov

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

      I certify that on June 22, 2016, I caused to be filed electronically the foregoing NOTICE with the Clerk of Court using the Court's CM/ECF system, which sends a Notice of Electronic Filing to counsel of record.

                                    /s/ Stuart J. Robinson
                                    STUART J. ROBINSON