IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PEBBLE LIMITED PARTNERSHIP,         )
                                    )
                         Plaintiff, )
                                    )
vs.                                 )
                                    )
UNITED STATES ENVIRONMENTAL         )
PROTECTION AGENCY,                  )
                                    )   No. 3:14-cv-0199-HRH
                         Defendant. )
_____)

## FINAL JUDGMENT

By agreement of the parties as set out in the court's scheduling order,[1] defendant's motion for summary judgment was the agreed vehicle employed by the parties for resolving plaintiff's complaint for release of documents under the Freedom of Information Act, 5 U.S.C. § 552, et seq. In the course of the summary judgment proceedings, defendant voluntarily released additional documents which had been in dispute. The court granted defendant's motion for summary judgment as to the adquacy of defendant's search and defendant's assertion of FOIA Exemption 6.[2] After completing its in camera review related to defendant's assertion of FOIA Exmption 5, the court ruled upon the parties' remaining disagreements as to the disclosure of documents.[3] On

---

[1]Docket No. 30 at 2.

[2]Docket No. 53.

[3]Docket No. 83.

FINAL JUDGMENT                                                           - 1 -

June 22, 2016, defendant served and filed its notice of compliance with the release of documents required by the court's order entered after in camera review.[4]

Defendant having complied with its obligations under the Freedom of Information Act, 5 U.S.C. § 552, et seq., this case is now resolved as to all claims and all parties.

Dated at Anchorage, Alaska, this  28th  day of June, 2016.

/s/ H. Russel Holland
United States District Judge

---

[4]Docket No. 84.