Thomas Amodio, Bar No. 8511142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*tom@reevesamodio.com*

*Of Counsel:*

John L. Jacobus (*pro hac vice*)
Patricia B. Palacios (*pro hac vice*)
Mark F. Murphy (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
*jjacobus@steptoe.com*
*ppalacios@steptoe.com*
*mmurphy@steptoe.com*

*Attorneys for Plaintiff Pebble Limited Partnership*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 3:14-cv-00199-HRH<br><br>**JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, Dkt. No. 89, Plaintiff Pebble Limited Partnership and Defendant the United States Environmental Protection Agency ("EPA") jointly submit this status report regarding attorney's fees and costs in this stayed FOIA litigation.

Since they filed their joint motion to stay proceedings, Dkt. No. 88, the parties have been actively engaged in attempting to resolve the issue of attorney's fees and costs in this FOIA litigation. The parties continue to believe in good faith that they are able to resolve this issue without further intervention by the Court. Accordingly, the parties respectfully request that this Court continue to stay proceedings and allow the parties additional time to reach an agreement regarding attorney's fees and costs in this case. The parties further propose that they file a joint status report on or before September 30, 2016, regarding their efforts.

Counsel for Defendant has authorized counsel for Plaintiff to file this joint status report on behalf of both parties.

Dated: August 30, 2016

Respectfully submitted,

/s/ Mark F. Murphy

Thomas Amodio, Bar No. 8511142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7190
*tom@reevesamodio.com*

*Of Counsel:*
John L. Jacobus
Patricia B. Palacios
Mark F. Murphy
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000

Facsimile: (202) 429-3901
*jjacobus@steptoe.com*
*ppalacios@steptoe.com*
*mmurphy@steptoe.com*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 30th day of August, 2016, I electronically filed a copy of **JOINT STATUS REPORT** using the CM/ECF system, which will electronically serve counsel for Defendants, BENJAMIN C. MIZER, KAREN L. LOEFFLER, MARCIA BERMAN, STUART J. ROBINSON, and RICHARD POMEROY.

/s/ Mark F. Murphy
Mark F. Murphy