IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PEBBLE LIMITED PARTNERSHIP | v. | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:14-cv-0199-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

The parties' *Joint Status Report*,[1] filed September 30, 2016, is accepted. The stay of this case is continued to October 31, 2016.

A further, joint status report shall be filed on or before October 31, 2016.

---

[1] Docket No. 92.

Order from Chambers – Motion for Stay — - 1 -